IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| LEON HARRIS,<br><br>   Plaintiff,<br>vs.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>   Defendant. | **Case No.** 4:19-cv-01921-SNLJ |

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiff Leon Harris ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant") have reached a settlement in the above- captioned matter. The parties anticipate that a Joint Stipulation of Dismissal with Prejudice will be filed within (14) days, as the parties will finalize a settlement agreement within such period. Pending the Joint Stipulation, the parties respectfully request this honorable Court to vacate all deadlines and hearings.

                Respectfully submitted,

Dated: October 11, 2019      By: */s/ Carlos C. Alsina-Batista*
                 Carlos C. Alsina-Batista
                 E.D. of Missouri Bar No. 109241CA
                 The Law Offices of Jeffrey Lohman, P.C.
                 4740 Green River Road, Suite 310,
                 Corona, CA 92880
                 Tel: (866) 329-9217
                 Dir: (657) 363-3331
                 Fax. (657) 246-1311
                 E: CarlosA@jlohman.com
                 Attorney for the Plaintiff LEON HARRIS

# **CERTIFICATE OF SERVICE**

I certify that on October 11, 2019, I filed the foregoing Notice of Settlement using the Court's CM/ECF system, which will provide notice to the following:

Anna-Katrina S. Christakis
Pilgrim Christakis
321 North Clark Street
26th Floor
Chicago, IL 60654
Tel:(312) 939-6580
Fax: (312) 939-0983
Email: kchristakis@pilgrimchristakis.com

By: */s/ Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista
E.D. of Missouri Bar No. 109241CA