**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LEON HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | Case No: 4:19-cv-01921-SNLJ<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Leon Harris and Defendant, Capital One Bank (USA), N.A., hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear his or its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ Anna-Katrina S. Christakis*-(with permission)
Anna-Katrina S. Christakis
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, IL 60654
Tel:(312) 939-6580
Fax: (312) 939-0983
Email: kchristakis@pilgrimchristakis.com
*COUNSEL FOR DEFENDANT*

*/s/ Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista
USDC-EDM Bar No. 109241CA
Law Offices of Jeffrey Lohman, P.C
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel: (657) 363-3331
Fax. (657) 246-1311
E: CarlosA@jlohman.com
*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November 2019, I electronically filed the foregoing Joint Stipulation of Dismissal with Prejudice using the CM/ECF System, which will notify all registered parties.

Anna-Katrina S. Christakis
Pilgrim Christakis LLP
321 North Clark Street
26th Floor
Chicago, IL 60654
Tel:(312) 939-6580
Fax: (312) 939-0983
Email: kchristakis@pilgrimchristakis.com
*COUNSEL FOR DEFENDANT*

By: *Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista
USDC-EDM No. 109241CA
*COUNSEL FOR PLAINTIFF*