# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| LEON HARRIS, | Case No: 4:19-cv-01921-SNLJ |
| Plaintiff, | |
| v. | |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendants. | |

## ORDER OF DISMISSAL

Plaintiff, Leon Harris ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's complaint against Defendant is DISMISSED with prejudice. The parties shall each bear their own costs and attorney's fees.

SO ORDERED this 14th day of November 2019.

_____
Stephen N. Limbaugh, Jr.
United States District Judge